## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIE ALLEN,**<br><br>      **Plaintiff,**<br><br>**vs.**<br><br>**CITY OF NORWALK, NORWALK BOARD OF EDUCATION, and STEVEN ADAMOWSKI,**<br>**in his individual capacity**<br><br>      **Defendants** | **Case No.: 3:21-CV-01357-SVN**<br><br><br><br><br><br><br>**SEPTEMBER 12, 2022** |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marie Allen and Defendants City of Norwalk, Norwalk Board of Education, and Steven Adamowski hereby notify the Court that the parties have resolved their dispute and, pursuant to an agreement among them, they hereby stipulate that the action against Defendants City of Norwalk, Norwalk Board of Education, and Steven Adamowski may be dismissed with prejudice, with each party to bear his or her own costs and attorneys' fees.

THE PLAINTIFF                          THE DEFENDANTS
LYNNE MOORE,                           CITY OF NORWALK
                                       NORWALK BOARD OF EDUCATION
                                       STEVEN ADAMOWSKI


BY:   /s/ Ryan D. Daugherty      BY:   /s/ M. Jeffry Spahr
      Ryan D. Daugherty (CT30807)      M. Jeffry Spahr (CT05416)
      Daugherty Law Group, LLC         Deputy Corporation Counsel
      260 Madison Ave., Suite 8032     Office of Corporation Counsel
      New York, New York 10016         125 East Avenue
      P: 646 – 859 – 1674              PO Box 5125
      F: 203 – 724 – 2394              Norwalk, CT 06856-5125
                                       P: 203 – 854 – 7750
                                       F: 203 – 854 – 7901


## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


                                       /s/ Ryan D. Daugherty
                                       Ryan D. Daugherty

Respectfully Submitted,

<u>Attorney for Plaintiff /s/ Ryan D. Daugherty</u>
Ryan D. Daugherty (Fed. Bar No. ct30807)
Daugherty Law Group, LLC
260 Madison Ave., Suite 8032
New York, New York 10016
P: 646 – 859 – 1674
F: 203 – 724 – 2394

## **<u>CERTIFICATION OF SERVICE</u>**

This is to certify that on the 24th day of June 2022, a copy of the foregoing was sent by electronic mail to the following:

Attorney for Defendants
M. Jeffry Spahr, (Fed. Bar No. ct05416)
Deputy Corporation Counsel
Office of Corporation Counsel
125 East Avenue,
PO Box 5125
Norwalk, CT 06856-5125
P: 203-854-7750
F: 203-854-7901

<u>/s/ Ryan D. Daugherty</u>
Ryan D. Daugherty

Fed. Bar No. ct30807